IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD D. EATON,**

 **Plaintiff,**

v.

**AMERICAN OPTICAL CORP., et al.,**

 **Defendants.**         **Case No. 06-cv-863-DRH**

### ORDER

**HERNDON, District Judge:**

  Before the Court is defendant Flexo Products, Inc.'s ("Flexo") Motion to Vacate Any and All Technical Defaults (Doc. 30). Said Motion (Doc. 30) is hereby **GRANTED IN PART** and **DENIED IN PART**.

  The Court **GRANTS** Flexo's request for leave to file its Answer or otherwise plead within fourteen (14) days from the date of this Order. The Court also **GRANTS** Flexo's request to file its Appearance (*see* Doc. 31) *instanter*.[1]

  Flexo's request for an order "vacating any and all defaults, technical or otherwise, which may have been entered against it," is denied, as currently, no such

---

[1] It should be noted that the Court does not typically allow filings *instanter*. Instead, the party is advised, in the future, to file a motion for leave to amend, sending the proposed amended document to the chambers' e-mail address at DRHpd@ilsd.uscourts.gov for review. If such leave is granted, the party will be given time to file the court document. *See* **Section 2.10 of the CM/ECF User's Manual**.

defaults are known to exist.  Therefore, this part of the Motion is **DENIED**.

**IT IS SO ORDERED.**

Signed this 5th day of January, 2007.

/s/        David   RHerndon
**United States District Court**
